**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 16 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARVA L. HURST,          )<br>          Plaintiff,          )<br>                                   )<br>v.                                )          NO. 3:05-CV-1826-B (ECF)<br>                                   )<br>COMMISSIONER OF THE       )<br>SOCIAL SECURITY ADMINISTRATION, )<br>          Defendant.          ) | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. After an independent review of the proposed findings, conclusions, and recommendation, the Court finds that they are correct and should be adopted.

IT IS THEREFORE ORDERED THAT the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted.

SO ORDERED this 16th day of May, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE